**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | MAGISTRATE NO. 19-MJ-88 (DAR) |
| | : | |
| **JAMES RICHARD BENNETT,** | : | |
|    Defendant. | : | |

**EMERGENCY MOTION
TO UNSEAL**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to unseal the magistrate case so that the United States is able to file its Motion For Emergency Stay and Review of Release Order and any other documents that may be necessary via ECF in the above case.

    In support thereof, the government states the following:

1. On April 19, 2019, the defendant, James Richard Bennett, was arrested in Colorado on an arrest warrant issued out of the United States District Court for the District of Columbia by your honor in connection with a Criminal Complaint charging the defendant with one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and one count of Conspiracy to Distribute Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1).

2. At his initial appearance in the District of Colorado on April 22, 2019, the

    government made a motion to detain the defendant without bond pending trial pursuant to 18 U.S.C. § 3142(f)(1)(A), which provides for a rebuttable presumption of detention in cases involving crimes of violence as defined by 18 U.S.C. §3156. 18 U.S.C. §3156 defines a "crime of violence" to include a violation of Title 110, under which violations of 18 U.S.C. § 2252(a)(2) & (b)(1) fall. A combined detention hearing and preliminary hearing was scheduled for April 25, 2019 before a Magistrate Judge in the District of Colorado.

3.   If the Magistrate Judge in Colorado does not grant the Government's request for detention, the undersigned plans to immediately file an emergency motion for the Chief Judge in this Court to review the Magistrate Judge's Release order pursuant to Title 18 U.S.C. § 3145(a), which states, **"Review of a release order** - If a person is ordered released by a magistrate, ... the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release . . .The motion shall be determined promptly."

4.   In order for the government to file the intended motion(s) immediately and for it to be determined by this court promptly, the Magistrate case must be unsealed. As the defendant has been arrested on the warrant issued out of this District, and the matter has been or will be unsealed in the District of Colorado, there is no need to maintain the matter as sealed in this District.

As a result, the government requests the Court unseal this matter so that the Government can file its Motion For Emergency Stay and Review of Release Order and any other documents that may be necessary via ECF in the above case

        Respectfully submitted,
        JESSIE K. LIU
        UNITED STATES ATTORNEY

        /s/

        Nicholas Miranda
        Assistant United States Attorney
        D.C. Bar 995769
        U.S. Attorney's Office
        555 4th Street, N.W., Room 4-233
        Washington, D.C. 20530
        202-252-7011
        Nicholas.Miranda@usdoj.gov